

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00056-CR |
| Style: | Juan Ruben Garcia |
| | **v** The State of Texas |
| Date motion filed*: | February 2, 2015 |
| Type of motion: | Motion to Proceed on Appeal in Forma Pauperis |
| Party filing motion: | Appellant |
| Document to be filed: | Appellate Record |

Ordered that motion is:

☐ Granted
If document is to be filed, document due:

☐ The Clerk is instructed to file the document as of the date of this order
☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant filed a motion requesting that he be allowed "to proceed on appeal in forma pauperis" and that this court "order Brazoria County to pay for the cost of preparation of the record on appeal." The Rules of Appellate Procedure provide for the appellate record to be "furnished without charge" to an indigent appellant in a criminal case. *See* TEX. R. APP. P. 20.2. Such a motion is to be directed to the trial court. *See id*. A motion was filed in the trial court and denied. While the motion filed in this court has an attached declaration of indigency, the appellate record contains no indication that this declaration was filed in the trial court. An appellate record has been filed in this court, and appellant has provided no explanation about whether this record already has been paid for. Although the motion filed in this court asserts that appellant "is indigent," the motion is devoid of legal authorities or argument about whether the motion in the trial court was correctly denied. Although the motion filed in this court asserts that the declaration "was supplemented to the trial court at a later date," we have no record showing that to be the case, and no record showing that the trial court was asked to consider it. Accordingly, appellant's motion is **DENIED**.

Judge's signature: /s/ Michael Massengale
          ☒ Acting individually  ☐ Acting for the Court

Date: July 30, 2015